DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR THORNTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>　　　　Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF McKESSON CORPORATION**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant MCKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

MCKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, MCKESSON CORPORATION. No publicly held company owns ten percent or more of the stock of MCKESSON CORPORATION.

| | |
|---|---|
| 1  Dated: November 20, 2007 | DRINKER BIDDLE & REATH LLP |
| 2 | |
| 3 | *[signature]* <br> KRISTA L. COSNER |
| 4 | |
| 5 | Attorneys for Defendants <br> SMITHKLINE BEECHAM <br> CORPORATION dba <br> GLAXOSMITHKLINE and McKESSON <br> CORPORATION |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392048\1