DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR THORNTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>　　　　　　Defendants. | Case No. CV 07-5890 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 28, 2007　　　　　　　　DRINKER BIDDLE & REATH LLP

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　KRISTA L. COSNER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　　　　　　　SMITHKLINE BEECHAM CORPORATION
　　　　　　　　　　　　　　　　　　　　dba GLAXOSMITHKLINE and McKESSON
　　　　　　　　　　　　　　　　　　　　CORPORATION