DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-05890-JL

HECTOR THORNTON

Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION

Defendants

DECLARATION OF DAVID C. ANDERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND SUPPORTING MEMORANDUM

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this Declaration if called as a witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 12th day of December, 2007, in Orange, Virginia.

Dated: December 12, 2007            Respectfully submitted,

                                        _____/s/_____
                                        David C. Andersen (Bar No. 194095)
                                        THE MILLER FIRM, LLC
                                        Attorneys for Plaintiff
                                        108 Railroad Avenue
                                        Orange, VA 22960
                                        Phone: (540) 672-4224
                                        Fax: (540) 672-3055
                                        Email:dandersen@doctoratlaw.com