1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

12 JAMES JEFFERSON,                    | Case No. CV-07-5888 MHP

13              Plaintiff,              | **DECLARATION OF KRISTA L.**
                                        | **COSNER IN SUPPORT OF**
14      v.                             | **DEFENDANT SMITHKLINE**
                                        | **BEECHAM CORPORATION d/b/a**
15 SMITHKLINE BEECHAM                   | **GLAXOSMITHKLINE'S**
   CORPORATION d/b/a                    | **MEMORANDUM OF LAW IN**
16 GLAXOSMITHKLINE and McKESSON         | **OPPOSITION TO PLAINTIFF'S**
   CORPORATION,                         | **MOTION TO REMAND**
17
              Defendants.              | **DATE:        January 14, 2008**
18                                      | **TIME:        2:00 p.m.**
                                        | **COURTROOM: 15**
19                                      | **JUDGE:       Marilyn H. Patel**

20      I, KRISTA L. COSNER, declare:

21      1.      I am an attorney admitted to practice before all courts of the State of

22 California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for

23 SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") in

24 this action. I make this Declaration based on my personal knowledge, in support of

25 GSK' Opposition to Plaintiff's Motion to Remand in the above-captioned matter. I

26 would and could competently testify to the matters stated in this Declaration if called as a

27 witness.

28      2.      A true and accurate copy of the Judicial Panel on Multidistrict Litigation's

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393497\1

DECL. OF KRISTA L. COSNER ISO OPPOSITION TO MOTION TO REMAND    CASE NO. CV-07-5888 MHP

1   Conditional Transfer Order (CTO-4), *In re Avandia Marketing, Sales Practices and*

2   *Products Liability Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**

3         I declare under penalty of perjury under the laws of the United States of America that

4   the foregoing is true and correct.  Executed on this 21st day of December, 2007 in San

5   Francisco, California.

6

7                       /S/ _____
                        KRISTA L. COSNER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28