1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HECTOR THORNTON, | Case No. CV 07-5890 MHP |
|---|---|
| Plaintiff, | **NOTICE OF VACATED HEARING** |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14, 2008 at 2:00 p.m. has been vacated by the Court.

On January 8, 2008, the Court's clerk called and informed the undersigned defense counsel and requested that all parties be notified that the above-mentioned hearing is

///
///
///
///

1  vacated due to the Court's determination that the matters are appropriate for resolution
2  without oral argument.  *See* Civil Local Rule 7-1(b).

3
4  Dated: January 9, 2008                               DRINKER BIDDLE & REATH LLP

5                                                      /S/
6                                                      DONALD F. ZIMMER, JR.

7                                                      Attorneys for Defendants
                                                       SMITHKLINE BEECHAM
8                                                      CORPORATION d/b/a
                                                       GLAXOSMITHKLINE and McKESSON
9                                                      CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28