UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| Plaintiff(s), | C 07-05887 MHP<br>C 07-05888 MHP |
| v. | C 07-05889 MHP<br>C 07-05890 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-05891 MHP |
| Defendant(s). | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| *And related actions as listed.* | |

Parties, having moved this Court for a hearing on January 14, 2008, the parties are hereby notified that all motions to remand and for stay will be submitted on the papers without oral argument, pending further MDL determination. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: January 9, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140