1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DOROTHY BONE, | Case Nos: |
|---|---|
| Plaintiff, | CV-07-5886 MHP |
| | CV-07-5887 MHP |
| v. | CV-07-5888 MHP |
| | CV-07-5889 MHP |
| SMITHKLINE BEECHAM | CV-07-5890 MHP |
| CORPORATION d/b/a | CV-07-5891 MHP |
| GLAXOSMITHKLINE and McKESSON | CV-07-6328 MHP |
| CORPORATION, | CV-07-6050 MHP |
| Defendants. | **STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS** |
| *And Related Actions As Listed* | |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

*Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

*Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1  *McKesson Corporation;* Case No. CV-07-6050 MHP

2      *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

3  *McKesson Corporation;* Case No. CV-07-5888 MHP.

4      *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*

5  *Corporation;* Case No. CV-07-5889 MHP.

6      *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

7  *McKesson Corporation;* Case No. CV-07-5890 MHP.

8      *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

9  *McKesson Corporation;* Case No. CV-07-5891 MHP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394946\1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

/S/ David C. Anderson
David C. Andersen (Bar No. 194095)
Kristina M. Gigstad
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960

Counsel for Plaintiffs

/S/ Krista L. Cosner
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Sean P. Fahey (Pa. Bar No. 73305)
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Counsel for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: ~~January~~ February 1, 2008



Hon. Marilyn H. Patel
United States District Judge, Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394946\1