**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                                                                                       General Court Number
Clerk                                                                                                                                                        415.522.2000

April 23, 2008

Eastern District of Pennsylvania
600 Arch Street
Philadelphia, PA 19106-1679

RE: CV 07-05890 MHP    Hector Thornton -v- SmithKline Beecham Corp. et al.

Dear Clerk,

　　　Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

　　　　　☒　　All docket entries/documents.

　　　　　☒　　Transferral Order.

　　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　*[signature: Simone Voltz]*

　　　　　　　　　　　　　　　　by:  Simone Voltz
　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record